FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

AO 91 (Rev.11/11) Criminal Complaint

# United States District Court
### for the
# Eastern District of Washington

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No.: 4:26-MJ-07108-ACE |
| v. | ) | |
| ISAIAS PERALTA-DIAZ, | ) | |
| *Defendant.* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, *Special Agent David R. Steen*, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) March 5, 2026, in the county of Franklin in the Eastern District of Washington, the defendant, ISAIAS PERALTA-DIAZ violated: 21 U.S.C. § 841(a)(1)– *Distribution of a Controlled Substance.*

This complaint is based on these facts:

☒Continued on the attached sheet.

_____
*Complainant's signature*

SA David R. Steen, ATF

_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically

Date:  **April 29, 2026**

_____
*Judge's signature*

City and state: Spokane, Washington

James A. Goeke, United States Magistrate Judge

_____
*Printed name and title*