FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

AUSA: CAB

County: Franklin

*In Re Affidavit in Support of Criminal Complaint as to Isaias PERALTA-Diaz*

State of Washington        )

                           ss

County of Franklin        )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David R. Steen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of a criminal complaint seeking the arrest of Isaias PERALTA-Diaz ("PERALTA-Diaz") for Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1).  This statute prohibits persons from knowingly or intentionally distribute a controlled substance.  I am aware from training and experience that cocaine is a controlled substance.

2.    I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), currently assigned to the Drug Enforcement Administration ("DEA") Richland, Washington office.  As such, I am an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) of the Title 18, United States Code ("U.S.C."), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.    The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative

Affidavit of Special Agent Steen - 1                              4:26-MJ-07108-ACE

operations.  Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4.      On March 5, 2026, an undercover law enforcement officer ("UCA") communicated with a subject who will be identified simply as "Co-Conspirator", to set up a controlled purchase of cocaine.  During the conversation to set up this controlled purchase, Co-Conspirator advised in summary that he would be bringing in summary, another subject who would be the Source of Supply ("SOS") for cocaine.  Ultimately, Co-Conspirator agreed to sell a quantity of cocaine, for a specific price, on a specific date in the TriCities, Washington area.

5.      On the day of the controlled purchase (March 5, 2026), Co-Conspirator informed the UCA of the specific address in Franklin County, Washington, for which the UCA should travel to in order to purchase the previously agreed upon cocaine.  Of note – the UCA was accompanied by another undercover law enforcement officer ("UCA-3").[1]

6.      Prior to the UCAs arriving at the buy location, surveillance units positioned themselves to observe the location.  Task Force Officer ("TFO") Cali Saldana then advised she observed the Co-Conspirator's vehicle as well as a 2008 Audi TT bearing Washington license plate CNA7425 ("2008 Audi TT") arrive at the buy location.  Not long afterwards, both the UCAs arrived at the buy location in the UCA's vehicle and parked; both UCA's were equipped with secreted

---

[1] For ease of reference and continuity, I will refer to the undercover law enforcement officer as UCA-3 even though there will be no mention of UCA-2.

Affidavit of Special Agent Steen - 2                           4:26-MJ-07108-ACE

audio/video recording device(s). TFO Saldana then observed the Co-Conspirator exit from his vehicle, and a subject later identified as PERALTA-Diaz exit from the driver's seat of the 2008 Audi TT, then both subjects walk over the UCA's vehicle and enter into the back seat(s).

7.    While inside the UCA's vehicle, the exchange of the ATF funds for the previously agreed upon quantity of cocaine occurred. At the completion of the deal, both subjects exited the UCA's vehicle and eventually each entered into their respective vehicles. TFO Saldana then observed both the Co-Conspirator's vehicle and the 2008 Audi TT depart the buy locations in different directions.

8.    Once it was safe to do so, I met with the UCAs and collected the purchased white powdery substance. I also provided a Washington Driver's License photo of the registered owner of the 2008 Audi TT (PERALTA-Diaz) to the UCAs; both confirmed the person based on his drivers license photo as the Co-Conspirator' SOS for cocaine.

9.    The purchased item was later determined by the DEA lab to be 56.0 grams of cocaine, with an 81% substance purity return.[2]

## CONCLUSION

10.    Based on the foregoing, I submit that there is probable cause to believe that on March 5, 2026, Isaias PERALTA-Diaz ("PERALTA-Diaz") committed a violation of Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).

---

[2] This determination was made with a 95% confidence level.

Affidavit of Special Agent Steen - 3                4:26-MJ-07108-ACE

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
David R. Steen
Special Agent, ATF

Sworn to telephonically and signed electronically on this 25th day of April, 2026.

_____
Alexander C. Ekstrom
United States Magistrate Judge